RECEIVED
NOV - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALBERTO RODRIGUEZ,

        PLAINTIFF,

V.

PROVIDENCE POLICE DEPARTMENT, et al.,

        DEFENDANTS.

CIVIL ACTION NO. 07-1856(EGS)

I Alberto Rodriguez, truthfully make the following statement under the penalty of perjury, and truthfully state that the information I provide is to the facts of the Rhode Island providence police department, attorneys, investigators, prosecutions, and also the court system of Rhode Island, state and federal, in which my case was initially state before federal.
I make my statement pursuant to 28 U.S.C. 1746 (2).

### TRUTH OF CAUSE

I Alberto Rodriguez respectfully advise the court for the district of columbia that the state of Rhode Island is a small corrupted state!
everyone in power from the providence police department, lawyers, prosecutors, judges, state and federal all know one another!  I have been wrongly convicted to police misconduct, prosecutorial misconduct, and ineffective assistance from court appointed betrayed trial counsel!  the trial judge at the federal court was bias towards me!
all the above mentioned will be proven if I am assisted with honesty.

the judge at my criminal trial William E. Smith, the u.s. assistant attorney Richard W. Rose, and betrayed court appointed trial cousel Robert B. Mann, as well as several attorneys who so called represented me, and investigators, were all aware of the truth of the facts admitted by the person who threw or hid the firearm the police framed me of possessing!

this person confessed to my family, and also confessed to many members of the justice system, state and federal! However, these confessions to prosecutors, lawyers, investigators, and judges, state and federal, were shield and withheld from the grand jury and jury at trial!
the person who confessed the truth Susan Bionchi, surrendered to the state superior court as ordered to do by the judge who was to procide over a violation hearing I faced after being noticed by my attorney and prosecutor of the truth. However, the violation hearing I faced was continued over and over for five months!
I was then indicted by the federal government of being a felon in possession of a firearm that I never possessed! after I was indicted, the person who truly possessed this firearm came forward at the federal levil and confessed the truth!
after five more months I began trial in federal court before judge Smith who was aware of Susan Bionci's confessions threw me by a letter I wrote to him!

the person who confessed to the truth Susan Bionchi, failed to appear in court as a defense witness and was arrested by the federal marshals. after her arrest, she recanted from the truth and testified falsly, committing perjury under oath for the government! the fact that she had confessed to so many members of the justice system was never tested in court.

Everyone in court was aware of the truth admitted by Bionchi except for the jury! the jury was never even aware of the fact that Bionchi had a criminal record and had several arrest warrants for her arrest.

the providence police trial testimony was also perjured and is clearly recognized on the trial transcripts and dispatch communications!
the truth will be right in the eyes of justice if justice was to see the evidence I requested from the F.C.I.A./P.A. as I requested.

I have filed several request with the district of Rhode Island seeking judicial review in accoedance with 5 U.S.C. 552 (a)(4)(B) and have been completly ignored by the court! the trial judge William E.SMith never responds to anything I seek or ask unless another judge forwards my correspondance's or request's to him after recieving it from me.

I have also requested violation hearing transcripts from the providence superior court under the provisions of the Rhode Island Access to Public Records Act, Rhode Island General Laws 38-2-1 et seq which partain to my arrest and wrongful conviction and have been ignored. I also made several request under the provision of the act to the state attorney general Patrick Lynch, and have not recieved not even a responce.

I have also filed Lawsuits (Civil) in the providence superior court, and threw the providence external review authority in providence and have not recieved anything.

I did not file any lawsuit in the district of Rhode Island. with all do respect the court of Rhode Island is not trustworthy!

(4)

In addition, as of 10/22/07/ the u.s. district court for the district of Rhode Island has a load of cases which it is to oversee pretrial matters in at least 108 federal cases filed in several states!

the state superior court in providence Rhode Island which ignored my Lawsuit will handle an additional 50 individual cases by superior court judge Alice B. Gibney Alone!

if the district of Columbia was to transferr my matter to the district of Rhode Island, I not only face further injustice, I also face a corrupted judicial system with a code of silence! the corrupted officers need to face court in a true court of justice!

the truth needs to be before a honorable court that judges and serves justice with the god honest truth!

      I Alberto Rodriguez, ask the Honorable Court for the District of Columbia in Prayers to Please be the Justice in Civil Action No. 07-1856(EGS)

      thank you.

      Respectful and Truthful

      Alberto Rodriguez

      (IN GOD WE TRUST)

*Alberto Rodriguez* (signature)

CERTIFICATE OF SERVICE

I Alberto Rodriguez hereby certify under the penalty of perjery that the foregoing STATEMENT OF CAUSE was placed into the institutional legal mailroom on the 30th day of OCT 2007 and mailed to the office of the HONORABLE CLERK 333 Constitution Ave, N.W. Washington D.C. 20001, UNITED STATES DISTRICT COURTHOUSE FOR THE DISTRICT OF COLUMBIA.

Respectfully Submitted

Alberto Rodriguez

*/s/ Alberto Rodriguez*